**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

DAVID SILVA,                          )          NO. ED CV 15-2463-PSG(E)
                                      )
                Plaintiff,            )
                                      )
        v.                            )          JUDGMENT
                                      )
SHERIFF'S DEPUTY GALINDO,             )
et al.,                               )
                                      )
                Defendants.           )
_____)


        IT IS ADJUDGED that the action is dismissed without prejudice.


        DATED:  _____5/23_____, 2016.


                                _____
                                      PHILLIP S. GUTIERREZ
                                 UNITED STATES DISTRICT JUDGE